# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON HORSE SHOW AND** | : | **CIVIL ACTION** |
| **COUNTRY FAIR, INC.** | : | |
| *Plaintiff* | : | **NO. 22-1979** |
| | : | |
| v. | : | |
| | : | |
| **EASTTOWN TOWNSHIP** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 9th day of October 2024, upon consideration of Plaintiff Devon Horse Show and Country Fair, Inc.'s ("Plaintiff") *motion for summary judgment*, (ECF 40), Defendant Easttown Township's ("Defendant") response in opposition, (ECF 42), Plaintiff's reply, (ECF 46); and Defendant's *motion for summary judgment*, (ECF 41), and Plaintiff's response in opposition, (ECF 43), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

(1) Plaintiff's motion for summary judgment is **GRANTED** as to Count I and **DENIED** in all other respects; and

(2) Defendant's motion for summary judgment is **DENIED** in its entirety.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*