# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON HORSE SHOW & COUNTY FAIR, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | **NO. 22-1979** |
| | : | |
| **v.** | : | |
| | : | |
| **EASTTOWN TOWNSHIP,** | : | |
| *Defendant.* | : | |

## JUDGMENT ORDER

**AND NOW**, this 7th day of July 2026, upon consideration of the evidence presented at the bench trial held from October 7 to October 9, 2025, (ECF 85, 86, 87), and the parties' proposed findings of fact and conclusions of law and submissions, (ECF 81, 82, 83, 84), it is hereby **ORDERED** that, consistent with the findings of facts, conclusions of law, and reasons set forth in the accompanying Memorandum Opinion, **JUDGMENT** is entered in favor of Plaintiff Devon Horse Show & County Fair, Inc., and against Easttown Township.  Accordingly, Plaintiff is awarded nominal damages in the amount of $3.00.  Plaintiff may request attorneys' fees by separate motion.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*